IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TATYANA KARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:18-cv-03132-RK |
| WYNDHAM VACATION RESORTS, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT WYNDHAM VACATION RESORTS' CERTIFICATE OF SERVICE REGARDING INITIAL RULE 26(a)(1) DISCLOSURES

Defendant Wyndham Vacation Resorts certifies that on the 13th day of September 2018, *Defendant Wyndham Vacation Resorts' Initial Rule 26(a)(1) Disclosures* were sent via electronic mail to:

Raymond Lampert
LAMPERT LAW OFFICE, LLC
ray@lampertlaw.net

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

BY: */s/ Anne L. Hershewe*
Walter M. Brown        MO #50515
Anne L. Hershewe      MO #65966
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816.471.1301
Facsimile:  816.471.1303
walter.brown@ogletree.com
anne.hershewe@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th of September, 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to:

Raymond Lampert
LAMPERT LAW OFFICE, LLC
2847 S. Ingram Mill Rd., Suite A-100
Springfield, MO 65804
417.886.3330
417.886.8186 *Facsimile*
ray@lampertlaw.net

**ATTORNEYS FOR PLAINTIFF**

　　　　　　　　　　　　　　　　　　*/s/ Anne L. Hershewe*
　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**

35539884.1